Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Kendall Gimbi

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Kendall Gimbi<br><br>Plaintiff<br><br>v.<br><br>Schools First Federal Credit Union<br><br><br>Defendants. | Case No.: 2:20-cv-07260-AB-MAA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT SCHOOLS FIRST FEDERAL CREDIT UNION |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Kendall Gimbi and defendant Schools First Federal Credit Union have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates dismissing Defendant Schools First Federal Credit Union within 25 of this notice.

Dated: December 22, 2020

**Gale, Angelo, Johnson, & Pruett, P.C.**
/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff