JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Kendall Gimbi, | Case No. CV 2:20-CV-07260-AB-MAAx |
| --- | --- |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Schools First Federal Credit Union, | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **25 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 23, 2020   _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.