1  Joe Angelo (Bar No. 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, California 95747
   Telephone: 916-290-7778
4  Facsimile: 916-721-2767

5  Attorneys for Plaintiff
   Kendall Gimbi
6

7              **UNITED STATES DISTRICT COURT**

8     **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

9

10 | KENDALL GIMBI

11 |          Plaintiff,

12 |     vs.

13 | SCHOOLS FIRST FCU

14 |          Defendant.

Case No.: 2:20-cv-07260-AB-MAA

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SCHOOLS FIRST FCU**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR DISMISSAL

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Kendall Gimbi and Defendant Schools First FCU, that Schools First FCU be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  January 8, 2021                    **Gale, Angelo, Johnson, & Pruett, P.C.**

By:    /s/ Joe Angelo
Joe Angelo
Attorneys for Plaintiff
Kendall Gimbi

DATED:  January 8, 2021                    **Joseph & Cohen, P.C.**

By:    /s/ Kristina Del Vecchio
Kristina Del Vecchio
Attorneys for Defendant
Schools First FCU

STIPULATED REQUEST FOR DISMISSAL