UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| KENDALL GIMBI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SCHOOLS FIRST FCU<br>　　　　Defendant. | Case No.: 2:20-cv-07260-AB-MAA<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

　　Pursuant to the stipulation of the Parties, Defendant Schools First FCU is dismissed **with prejudice** and each party shall bear its own attorneys' fees and costs.

　　IT IS SO ORDERED.

DATED: January 12, 2021　　　　　　　　/s/ André Birotte Jr.
　　　　　　　　　　　　　　　　　　　Hon. André Birotte Jr.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---
1
[PROPOSED] ORDER